**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 13th day of November, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )
**TIMOTHY LEE BOWLIN,**                   )
                                          )
        Debtor.       )      **Case No. 23-20645-RDB-7**

### ORDER APPROVING COMPROMISE AND SETTLEMENT WITH THE DEBTOR

    **THIS MATTER** comes on for consideration upon the Trustee's Application for Approval of a Compromise and Settlement with the Debtor. Notice With Opportunity for Hearing was properly given, no timely objections filed, and no hearing was held on the matter.

    **IT IS THEREFORE BY THE COURT ORDERED** that the Trustee's application is granted and for retention of the Debtor's scheduled non-exempt interest in autographed baseball cards, firearms (consisting of a 12 gauge shotgun mossberg pump, Glocks 26-9, 27-10, and 45-9), ½ interest in a 2006 Nissan Altima jointly owned with his non-filing spouse, and ½ interest in a 2006 Nissan Altima jointly owned with his non-filing spouse, the Debtor will remit the sum of $4,850 to the bankruptcy estate for administration.  This sum will be paid in $250 monthly installments due on the 1ˢᵗ day of each month, made out to <u>Steve Rebein, Trustee.</u>

###

*Respectfully Submitted:*
By: s/ Steven R. Rebein
Steven R. Rebein, KS #12958
Law Office of Steven R. Rebein, L.C.
8700 Monrovia, Suite 310
Lenexa, KS 66215
Telephone (913) 888-4800
srebein@stevenrebeinlaw.com
**CHAPTER 7 TRUSTEE**